MEMORANDUM OPINION



Nos. 04-07-00229-CR and 04-07-00230-CR
 

 

Armando Lopez GARZA,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No. 1, Bexar County, Texas


Trial Court No. 945575 and 971577


Honorable Al Alonso, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: February 20, 2008


DISMISSED

 Appellant has filed a motion to dismiss these appeals by withdrawing his notices of appeal. 
The motions are granted and these appeals are dismissed. See Tex. R. App. P. 42.2(a). 

 PER CURIAM

Do Not Publish